UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PEGGY MALLOY SOLACK,**
**MICHAEL SOLACK, and**
**JONATHAN MATHIS,**

    Plaintiffs,

v.  Case No. 2:15-cv-10084-MOB-RSW
    Hon. Marianne O. Battani

**OAKWOOD HEALTHCARE, INC.,**
**BEAUMONT HEALTH, and**
**MORRIS COTTON,**

    Defendants.
_____/

| | |
|---|---|
| Maia E. Johnson (P40533) | Rebecca S. Davies (P52728) |
| David A. Hardesty (P38609) | Butzel Long, a professional corporation |
| Gold Star Law, P.C. | 150 W. Jefferson Avenue |
| 2701 Troy Center Drive | Suite 100 |
| Suite 400 | Detroit, MI 48226 |
| Troy, MI 48084 | 313.225.7028 / 313.225.7080 |
| mjohnson@goldstarlaw.com | davies@butzel.com |
| dhardesty@goldstarlaw.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

_____/

## AMENDED INDEX OF EXHIBITS

Exhibit 1    Deposition of Morris Cotton

Exhibit 2    Deposition of Tina Alexander

Exhibit 3    Rest and Meal Periods Policy (Oakwood 000908-09)

Exhibit 4    Payroll Adjustment Authorization Form (Oakwood 000910-914)

| | |
|---|---|
| Exhibit 5 | Alexander Deposition Exhibit 1 |
| Exhibit 6 | Cotton Deposition Exhibit No. 3, 4/11/12 E-Mail Communications |
| Exhibit 7 | Time Detail – Peggy Malloy Solack |
| Exhibit 8 | Time Detail – Jonathan Mathis |
| Exhibit 9 | Time Detail – Michael Solack |
| Exhibit 10 | Cotton Deposition Exhibit 7 |
| Exhibit 11 | Statement of Michael Wroblewski |
| Exhibit 12 | Statement of Dominic Brazelton |