UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PEGGY MALLOY SOLACK,**
**MICHAEL SOLACK, AND**
**JONATHAN MATHIS,**

                                Case No. 15-cv-10084

                                Hon. Marianne O. Battani

            Plaintiffs,

v.

**OAKWOOD HEALTHCARE, INC,**
**BEAUMONT HEALTH, AND**
**MORRIS COTTON,**

           Defendants.

| GOLD STAR LAW, P.C. | BUTZEL LONG, P.C. |
|---|---|
| MAIA E. JOHNSON (P40533) | REBECCA S. DAVIES (P52728) |
| DAVID A HARDESTY (P38609) | Attorneys for Defendants |
| Attorneys for Plaintiff | 150 W. Jefferson Ave., Ste. 100 |
| 2701 Troy Center Dr., Ste. 400 | Detroit, MI 48226 |
| Troy, Michigan 48084 | (313) 225-7028 |
| (248) 275-5200 | davies@butzel.com |
| mjohnson@goldstarlaw.com | |
| dhardesty@goldstarlaw.com | |

## STIPULATED ORDER TO DISMISS CASE WITH <u>PREDJUDICE AND WITHOUT COSTS</u>

Plaintiffs, individually and by their attorneys, and Defendant stipulate to entry by the Court of an order containing the text appearing below:

Based upon the stipulation of the parties to this action submitted to this Court, **IT IS ORDERED** that the Complaint is dismissed with prejudice and each

party to bear their own costs and attorney fees. The Court retains jurisdiction to vacate this Order upon good cause shown that settlement has not been completed.

**IT IS FURTHER ORDERED** that the entry of this Order resolves the last pending claim and closes the case.

**STIPULATED BY:**

| /s/ *David A. Hardesty* <br> David A. Hardesty <br> Plaintiffs' Counsel | /s/ *Rebecca S. Davies (with permission)* <br> Rebecca S. Davies <br> Defendants' Counsel |
|---|---|

SO ORDERED:

Date:  June 7, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge